JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: Holmen

County/Parrish: LaCrosse

## Related Case Information:

Superseding _____ Docket Number 24-cr-50-jdp

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number 24-mj-5

Search Warrant Case Number _____

R 20 / R40 from District of _____

This case was opened after USAO# 2024R000061 ___ ___ Yes

## Defendant information:

Matter to be Sealed __✓__ Yes  __ __ No

Def. Name: Steven Anderegg

Alias Name:

City/State: Holmen, WI

Year of Birth: 1981    Last 4 digits of SSN _____

Sex: Male    Race: White

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MAY 1 5 2024
FILED/REC'D
CLERK OF COURT

## U.S. Attorney Information:

AUSA: WILLIAM CLAYMAN    Bar #: _____

Interpreter: __✓__ No _____ Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

__ __ Already in Federal Custody as of: _____ in _____

__ __ Already in State Custody

__ __ On Pretrial Release

## U.S.C. Citations:

Total # of Counts: 4    _____ Petty    _____ Misdemeanor    ✓ Felony

_____ Class A

_____ Class B

_____ Class C

| Index Key/Code | | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1466A(a)(1) | Producing and distributing obscene depictions of minors | 1 & 2 |
| Set 2 | 18 U.S.C. § 1466A(b)(1) | Possessing obscene depictions of minors | 4 |
| Set 3 | 18 U.S.C. § 1470 | Transferring obscene material to a minor under age of 16 | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: May 15, 2024    Signature of AUSA  /s/  William Clayman