HURLEY BURISH, S.C.  
ATORNEYS

33 EAST MAIN STREET, SUITE 400  
Mailing Address:  
POST OFFICE BOX 1528  
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | Stephen P. Hurley* | Tel. (608) 257-0945 |
| Marcus J. Berghahn | David E. Saperstein | Fax. (608) 257-5764 |
| Joseph A. Bugni | Daniel J. Schlichting | www.hurleyburish.com |
| Mark D. Burish | Kelli S. Thompson | Author's e-mail: |
| Peyton B. Engel | Catherine E. White | jbugni@hurleyburish.com |
| Andrew W. Erlandson | | |

* Also Licensed In Illinois

May 21, 2024

Honorable Stephen L. Crocker  
Western District of Wisconsin  
120 N. Henry Street  
Madison, WI. 53703

Re:    *United States v. Steven Anderegg*  
W.D. Case No. 24 cr 50 (jdp)

To the Honorable Stephen L. Crocker,

The defense files this letter brief letting the Court know where things stand with this case and asking that the Court cancel tomorrow's release hearing.

My firm was just retained to represent Mr. Anderegg. The bond hearing is scheduled for tomorrow; unfortunately, I cannot have all my ducks in a row by then. Thus, I would ask that the Court continue tomorrow's bond hearing, and I will notify the Court when the defense is ready to proceed on the issue of release. In addition, Mr. Anderegg can be arraigned at that hearing.

In sum, to save the Court's time and to ensure that Mr. Anderegg can present the most robust and persuasive case for release, the defense respectfully requests that the bond hearing be canceled.

Thank you for your attention to this matter.

Sincerely,

HURLEY BURISH, S.C.

*Electronically signed by Joseph A. Bugni*  
Joseph A. Bugni

Hurley Burish, S.C.

Honorable Stephen L. Crocker
May 21, 2024
Page 2

JAB:mns
F:\-clients\Anderegg Steven\Correspondence\Judge Crocker 24-05-21.docx