IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                            Plaintiff,                    DETENTION ORDER

  v.

                                                                 24-cr-50-jdp

STEVEN ANDEREGG,

                            Defendant.

---

      At the June 13, 2024 arraignment, the court held a hearing on the government's motion to detain defendant. After hearing from both sides and from Pretrial Services, the court granted the government's motion, finding that defendant is both a flight risk and a danger to the community, and that his proposed release plan did not reasonably assure his appearance as required and the safety of others in the community.

      As explained in more detail at the hearing, the court finds that, when considered in their totality, the nature of the charges, the harsh penalties defendant faces if convicted, defendant's sophisticated computing skills, defendant's online interaction with minors, defendant's uncharged past conduct, and defendant's pending state charges establish that if defendant is to be released, it must be on an airtight plan that will keep him in place, off of the internet, away from interactive electronic devices, and away from children. Defendant's proposed plan does not meet these requirements.

      Therefore, it is ORDERED that:

(1) Defendant is committed to the custody of the Attorney General for confinement in a jail separate, to the extent practicable, from persons awaiting or servicing sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel; and

(3) On order of this court or on request of an attorney for the government, defendant shall be delivered to the United States Marshals Service or another appropriate person for the purpose of an appearance in connection with a court proceeding.

      Entered this 13th day of June, 2024.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge