

# U.S. District Court

## Wisconsin Western - Madison

Receipt Date: Jul 15, 2024 10:05AM

STEVEN ANDEREGG

Rcpt. No: 3065                 Trans. Date: Jul 15, 2024 10:05AM                 Cashier ID: #RS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 801 | Passports/Visa/Other Docs | DWIW324CR000050<br>STEVEN ANDEREGG | 1 | 0.00 | 0.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| NC | Non-Cash | #540673213 | 07/15/2024 | $0.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $0.00 |
| Total Tendered: | $0.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: USA PASSPORT NUMBER 540673213

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.