HURLEY BURISH, S.C.
ATTORNEYS

33 EAST MAIN STREET, SUITE 400

Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | Andrew W. Erlandson | Tel. (608) 257-0945 |
| Cricket R. Beeson | Stephen P. Hurley | Fax. (608) 257-5764 |
| Marcus J. Berghahn | David E. Saperstein | www.hurleyburish.com |
| Joseph A. Bugni | Daniel J. Schlichting | Author's e-mail: |
| Mark D. Burish | Catherine E. White | jbugni@hurleyburish.com |
| Peyton B. Engel | | |

November 8, 2024

Honorable James D. Peterson
District Court Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

      Re:    ***United States of America v. Steven Anderegg***
                W.D. Case No. 24 cr 50 (jdp)

To the Honorable James D. Peterson,

Today as previously indicated, the defense filed its omnibus brief and motion to compel. The defense also filed an additional motion for a *Franks* hearing as an alternate ground for suppression. This would require an evidentiary hearing, but the defense believes that the issue could be mooted based on the other arguments made in the briefs. To conserve judicial resources, the timing and need for a hearing would probably be best addressed at the December status conference. I have spoken to AUSA Clayman he agrees that the issue should be tabled until the next status conference.

Thank you for your attention to this matter.

                Sincerely,

                HURLEY BURISH, S.C.

                *Electronically signed by Joseph A. Bugni*

                Joseph A. Bugni

JAB:mns
F:\-clients\Anderegg Steven\Correspondence\Judge Peterson 24-10-23.docx