IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                         Case No.:  24-cr-50-JDP

STEVEN ANDEREGG,

      DEFENDANT.

## GOVERNMENT NOTICE OF EXPERT TESTIMONY

Pursuant to the Court's Order, *see* Dkt. 59, the United States of America hereby provides to the defendant the disclosures required by Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure pertaining to the anticipated expert testimony at the trial in this matter of Digital Evidence Specialist Ryan Rickaby and Digital Investigative Analyst Chancey Davis. The United States further requests reciprocal expert disclosure from the defendant pursuant to Rule 16(b)(1)(C).

Dated this 13th day of December, 2024

                                         Respectfully submitted,

                                         STEVEN J. GROCKI
                                         Chief, Child Exploitation & Obscenity Section

                     By:        /s/
                                _____

                                         WILLIAM G. CLAYMAN
                                         ROSS B. GOLDMAN
                                         Trial Attorneys