AMB_CONFLICT, INTERLOCUTORY_APPEAL, JF, PROTECTIVE_ORDER, SINGLE_DEFT,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CRIMINAL DOCKET FOR CASE #: 3:24-cr-00050-jdp All Defendants

| | |
|---|---|
| Case title: USA v. Steven Anderegg | Date Filed: 05/15/2024 |
| Plea Filings | Sentencing Filings |

Assigned to: District Judge James D.
Peterson
Referred to: Magistrate Judge Stephen L.
Crocker

## Defendant (1)

| | | |
|---|---|---|
| **Steven Anderegg** | represented by | **Joseph Aragorn Bugni** |
| | | Hurley Burish, S.C. |
| | | 33 E. Main Street, Ste. 400 |
| | | P.O. Box 400 |
| | | Madison, WI 53701-1528 |
| | | 608-257-0945 |
| | | Fax: 608-257-5764 |
| | | Email: jbugni@hurleyburish.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Elizabeth Ann Blair** |
| | | Federal Defender Services of Wisconsin |
| | | 22 East Mifflin Street |
| | | Suite 1000 |
| | | Madison, WI 53703 |
| | | 608-260-9900 |
| | | Email: elizabeth_blair@fd.org |
| | | *TERMINATED: 05/21/2024* |
| | | *Designation: Public Defender or* |
| | | *Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (1-2) | |
| 18:1470.F TRANSFER OF OBSCENE MATERIALS TO MINORS (3) | |

18:1466.F SELLING/TRANSFERRING
OBSCENE MATTER
(4)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

## Plaintiff

| | | |
|---|---|---|
| **United States of America** | represented by | **William G. Clayman** |

DOJ-Crm
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, Ste 11th
Floor
Washington, DC 20005
202-514-0040
Email: william.clayman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

**Ross Goldman**
U.S. DOJ, Child Exploitation and
Obscenity Section
1301 New York Ave., 11th Floor
Washington, DC 20530
202-532-4153
Email: ross.goldman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2024 | 1 | JS-45 Criminal Cover Sheet as to Steven Anderegg. (rks) (Entered: 05/15/2024) |
| 05/15/2024 | 2 | INDICTMENT as to Steven Anderegg (1) counts 1-2, 3, 4. (rks) (Entered: 05/15/2024) |

| 05/15/2024 | 3 | Warrant Issued as to Defendant Steven Anderegg. Delivered to USMS for service. (Sealed Document) (rks) (Entered: 05/15/2024) |
|---|---|---|
| 05/17/2024 | | Arrest of Steven Anderegg. Case unsealed. (jat) (Entered: 05/17/2024) |
| 05/17/2024 | | Hearing set as to defendant Steven Anderegg. Initial Appearance set for 5/17/2024 at 02:00 PM. (lam) (Entered: 05/17/2024) |
| 05/17/2024 | 4 | Minute Entry for proceedings held before Magistrate Judge Andrew R. Wiseman: Initial Appearance as to Steven Anderegg held on 5/17/2024. (FTR) [:03] (lam) (Entered: 05/17/2024) |
| 05/17/2024 | | Hearing set as to defendant Steven Anderegg. Arraignment and Detention Hearing set for 5/22/2024 at 01:00 PM. (lam) (Entered: 05/17/2024) |
| 05/17/2024 | 5 | ** TEXT ONLY ORDER ** Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Signed by Magistrate Judge Andrew R. Wiseman on 5/17/2024. (lam) (Entered: 05/17/2024) |
| 05/20/2024 | 6 | Government's Brief in Support of Detention by United States of America as to Steven Anderegg. (Clayman, William) (Entered: 05/20/2024) |
| 05/21/2024 | 7 | Notice of Attorney Appearance: Joseph Aragorn Bugni appearing for Steven Anderegg. (Bugni, Joseph) (Entered: 05/21/2024) |
| 05/21/2024 | 8 | Letter *Requesting Continuance* by Steven Anderegg. (Bugni, Joseph) Modified on 5/21/2024 (voc). (Entered: 05/21/2024) |
| 05/21/2024 | 9 | ** TEXT ONLY ORDER ** **ORDER** granting 8 Letter Requesting Continuance as to Steven Anderegg. The May 22, 2024 hearing is STRUCK. The court will re-set the hearing after obtaining additional input from both sides. Signed by Magistrate Judge Stephen L. Crocker on 5/21/2024. (voc) (Entered: 05/21/2024) |
| 05/21/2024 | | Attorney update in case as to Steven Anderegg. Attorney Elizabeth Ann Blair terminated. Attorney Joseph Bugni filed Appearance, 7 . (jat) (Entered: 05/21/2024) |
| 05/23/2024 | 10 | Warrant Returned Executed as to Steven Anderegg.(Sealed) (voc) (Entered: 05/23/2024) |
| 05/24/2024 | 11 | Unopposed Motion for Protective Order by United States of America as to Steven Anderegg. (Attachments: # 1 Text of Proposed Order) (Clayman, William) (Entered: 05/24/2024) |
| 05/28/2024 | 12 | Protective **ORDER** Governing Discovery. Signed by Magistrate Judge Stephen L. Crocker on 5/28/2024. (nln) (Entered: 05/28/2024) |

| 05/31/2024 | | Arraignment and Detention Hearing set as to defendant Steven Anderegg for 6/14/2024 at 10:30 AM. (jat) (Entered: 05/31/2024) |
|---|---|---|
| 06/04/2024 | 13 | Government Discovery Letter by William G. Clayman on behalf of United States of America as to Steven Anderegg (Clayman, William) (Entered: 06/04/2024) |
| 06/06/2024 | | Arraignment and Detention Hearing reset as to defendant Steven Anderegg to accommodate the court's calendar. Arraignment and Detention Hearing reset for 6/13/2024 at 10:00 AM. (jat) (Entered: 06/06/2024) |
| 06/11/2024 | 14 | Pretrial Services Report as to Steven Anderegg (Sealed) (slr) (Entered: 06/11/2024) |
| 06/12/2024 | 15 | Brief in Opposition by Steven Anderegg *Memorandum in Support of Bond* (Bugni, Joseph) (Entered: 06/12/2024) |
| 06/13/2024 | 16 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Arraignment and Detention Hearing held on 6/13/2024: Not Guilty plea entered re: Steven Anderegg (1) Count 1-2,3,4. Defendant detained. (Court Reporter FTR.) (voc) (Entered: 06/13/2024) |
| 06/13/2024 | 17 | Order of Detention as to Steven Anderegg. Signed by Magistrate Judge Stephen L. Crocker on 6/13/2024. (voc) (Entered: 06/13/2024) |
| 07/10/2024 | | Hearing set as to defendant Steven Anderegg. Release Hearing set for 7/12/2024 at 09:00 AM by Zoom. (jat) (Entered: 07/10/2024) |
| 07/10/2024 | 18 | Government Discovery Letter by William G. Clayman on behalf of United States of America as to Steven Anderegg (Clayman, William) (Entered: 07/10/2024) |
| 07/11/2024 | 19 | Pretrial Services Report - Addendum as to Steven Anderegg (Sealed) (slr) (Entered: 07/11/2024) |
| 07/11/2024 | 20 | Sealed Document by USA as to Steven Anderegg *Government's Supplemental Brief in Support of Detention* (Sealed) (Clayman, William) (Entered: 07/11/2024) |
| 07/11/2024 | 21 | Motion to Seal *20 the Government's Supplemental Brief in Support of Detention* by United States of America as to Steven Anderegg. (Clayman, William) (Entered: 07/11/2024) |
| 07/11/2024 | 22 | ** TEXT ONLY ORDER ** ORDER granting 21 Motion to Seal as to Steven Anderegg (1). Signed by Magistrate Judge Stephen L. Crocker on 7/11/24. (jat) (Entered: 07/11/2024) |
| 07/12/2024 | 23 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Release Hearing as to Steven Anderegg held on 7/12/2024. Defendant released on conditions. (JLD) [:20] (lam) (Entered: 07/12/2024) |
| 07/12/2024 | 24 | ** TEXT ONLY ORDER ** At a July 12, 2024 9:00 a.m. Zoom hearing, the court denied the government's motion to detain defendant and entered a release order. The court gave the government until 10:30 a.m. CDT this same morning to file an appeal of this decision. Absent a timely appeal, the release order will go into effect. Judge Peterson will hold a Zoom hearing today on any appeal. Defendant has waived his personal participation in any such hearing. Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/12/2024) |

| 07/12/2024 | 25 | **ORDER** Setting Conditions of Release re: Steven Anderegg. (not signed by defendant and third-party custodian) (Sealed) Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/12/2024) |
| 07/12/2024 | 26 | **ORDER** Setting Conditions of Release - Redacted re: Steven Anderegg (unsigned). Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/12/2024) |
| 07/12/2024 | 27 | Appeal of Magistrate Judge Decision to District Court re 26 Order Setting Conditions of Release - Redacted by United States of America as to Steven Anderegg. (Clayman, William) (Entered: 07/12/2024) |
| 07/12/2024 | | Set Deadlines re Motion in case as to Steven Anderegg 27 Appeal of Magistrate Judge Decision to District Court re 26 Order Setting Conditions of Release - Redacted. Release Hearing set for 7/12/2024 at 01:00 PM by Zoom. (jat) (Entered: 07/12/2024) |
| 07/12/2024 | 28 | Brief in Opposition by Steven Anderegg re: 27 Appeal of Magistrate Judge Decision to District Court re 26 Order Setting Conditions of Release - Redacted (Bugni, Joseph) (Entered: 07/12/2024) |
| 07/12/2024 | 29 | **\*\* TEXT ONLY ORDER \*\***<br>For the reasons stated at the videoconference hearing, the government's appeal of Judge Crocker's release order is DENIED. The release order, Dkt. 25 , is AFFIRMED. Signed by District Judge James D. Peterson on 7/12/24. (jat) (Entered: 07/12/2024) |
| 07/12/2024 | 30 | Minute Entry for proceedings held before District Judge James D. Peterson: Release Hearing as to Steven Anderegg held on 7/12/2024. (Court Reporter jld.) [0:17] (acd) (Entered: 07/12/2024) |
| 07/15/2024 | | Hearing set re: defendant Steven Anderegg. Telephone Scheduling Conference set for 7/18/2024 at 11:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for Government responsible for setting up the call to chambers at (608) 264-5153. (jat) (Entered: 07/15/2024) |
| 07/15/2024 | 31 | **ORDER** Setting Conditions of Release re: Steven Anderegg (signed by defendant). (Sealed) Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/15/2024) |
| 07/15/2024 | 32 | **ORDER** Setting Conditions of Release - Redacted re: Steven Anderegg (signed by defendant). Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/15/2024) |
| 07/15/2024 | 33 | Receipt for Surrender of Passport as to Steven Anderegg. Passport Number 540673213 issued by USA. (jat) (Entered: 07/15/2024) |
| 07/15/2024 | 34 | **ORDER** Setting Conditions of Release re: Steven Anderegg (signed by defendant and third party custodian). (Sealed) Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/15/2024) |
| 07/15/2024 | 35 | **ORDER** Setting Conditions of Release - Redacted re: Steven Anderegg (signed). Signed by Magistrate Judge Stephen L. Crocker on 7/12/24. (jat) (Entered: 07/15/2024) |

| 07/17/2024 | 36 | Letter *to Judge Crocker* by Steven Anderegg. (Bugni, Joseph) (Entered: 07/17/2024) |
|---|---|---|
| 07/17/2024 | | Hearing reset re: defendant Steven Anderegg to accommodate the court's calendar. Telephone Scheduling Conference reset for 7/25/2024 at 11:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for Government responsible for setting up the call to chambers at (608) 264-5153. (jat) (Entered: 07/17/2024) |
| 07/25/2024 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Telephone Scheduling Conference as to Steven Anderegg held on 7/25/2024 [00:19] (ckl) (Entered: 07/25/2024) |
| 07/25/2024 | 37 | Scheduling **Order** as to Steven Anderegg. Pretrial motions due 9/23/2024. Telephone Pretrial Motion Hearing set for 9/26/2024 at 01:00 PM. Final Pretrial Submissions due 1/24/2025. Telephone Final Pretrial Conference set for 1/30/2025 at 09:00 AM. Final Hearing set for 2/12/2025 at 02:30 PM. Jury Selection and Trial set for 2/18/2025 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 7/25/24. (jat) (Entered: 07/25/2024) |
| 08/23/2024 | 38 | Government Discovery Letter by William G. Clayman on behalf of United States of America as to Steven Anderegg (Clayman, William) (Entered: 08/23/2024) |
| 09/10/2024 | | Hearing set as to defendant Steven Anderegg. Telephone Pretrial Motion Hearing rescheduled from 9/26/2024 to 10/24/2024 at 10:00 AM before Judge James D. Peterson. Counsel for Government responsible for setting up the call to chambers at (608) 264-5504. (voc) (Entered: 09/10/2024) |
| 09/23/2024 | 39 | Motion to Suppress by Steven Anderegg. (Bugni, Joseph) (Entered: 09/23/2024) |
| 09/23/2024 | 40 | Second Motion to Dismiss *Counts 1 and 4* by Steven Anderegg. (Bugni, Joseph) (Entered: 09/23/2024) |
| 09/23/2024 | 41 | Third Motion to Dismiss *Counts 2 and 3* by Steven Anderegg. (Bugni, Joseph) (Entered: 09/23/2024) |
| 09/23/2024 | 42 | Motion to Compel *Production of the Grand Jury Instructions* by Steven Anderegg. (Bugni, Joseph) (Entered: 09/23/2024) |
| 09/23/2024 | 43 | Motion for Bill of Particulars by Steven Anderegg. (Bugni, Joseph) (Entered: 09/23/2024) |
| 09/27/2024 | 44 | Motion to Modify Conditions of Release by Steven Anderegg. (Bugni, Joseph) (Entered: 09/27/2024) |
| 09/27/2024 | 45 | Brief in Opposition by United States of America as to Steven Anderegg re: 44 Motion to Modify Conditions of Release (Clayman, William) (Entered: 09/27/2024) |
| 09/30/2024 | | Set Hearings as to Steven Anderegg: Telephonic Hearing set for 10/2/2024 at 11:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for Government responsible for setting up the call to chambers at (608) 264-5153. (jls) (Entered: 09/30/2024) |
| 10/02/2024 | 46 | Letter *to Judge Crocker* by Steven Anderegg. (Bugni, Joseph) (Entered: 10/02/2024) |

| 10/02/2024 | 47 | **\*\* TEXT ONLY ORDER \*\***<br>On October 2, 2024, the court held a hearing on defendant's request to modify one of his conditions of pretrial release (dkt. 44 ). In discussion with the parties and with the Pretrial Services Officer, the court stayed its ruling and provided direction on what needs to happen next. We will reconvene telephonically when the parties and PTSO are ready to revisit this issue. Signed by Magistrate Judge Stephen L. Crocker on 10/2/24. (jat) (Entered: 10/02/2024) |
|---|---|---|
| 10/02/2024 |  | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Motion Hearing as to Steven Anderegg held on 10/2/2024 re 44 Motion to Modify Conditions of Release filed by Steven Anderegg [00:21] (ckl) (Entered: 10/02/2024) |
| 10/23/2024 | 48 | Letter *to Judge Peterson* by Steven Anderegg. (Bugni, Joseph) (Entered: 10/23/2024) |
| 10/24/2024 | 49 | **\*\* TEXT ONLY ORDER \*\***<br>At the court's telephonic hearing held October 24, 2024, the schedule was amended as follows: defendant's brief supporting his pretrial motions is due November 8, 2024. The government's response is due November 27, 2024. Defendant's reply is due December 9, 2024. The parties agreed to brief the question of whether the alleged obscene images should be produced to defense counsel on the same schedule. The government agreed to identify the three images that are the basis for counts 2 and 3. The government's expert disclosure is due December 2, 2024. Defendant's expert disclosure is due December 16, 2024. The court will hold a telephonic status conference on December 19, 2024, at 8:30 a.m. Signed by District Judge James D. Peterson on 10/24/2024. (voc) (Entered: 10/24/2024) |
| 10/24/2024 |  | Hearing set as to defendant Steven Anderegg. Telephone Status Conference set for 12/19/2024 at 08:30 AM before Judge James D. Peterson. Counsel for Government responsible for setting up the call to chambers at (608) 264-5504. (voc) (Entered: 10/24/2024) |
| 11/08/2024 | 50 | Motion to Suppress *and Request for a Franks Hearing* by Steven Anderegg. (Bugni, Joseph) (Entered: 11/08/2024) |
| 11/08/2024 | 51 | Motion to Compel by Steven Anderegg. (Bugni, Joseph) (Entered: 11/08/2024) |
| 11/08/2024 | 52 | Motion to Suppress *Omnibus Brief in Support of Pretrial Motions* by Steven Anderegg. (Attachments:<br># 1 Exhibit Instagram Search Warrant,<br># 2 Exhibit Home Search Warrant) (Bugni, Joseph) (Entered: 11/08/2024) |
| 11/08/2024 | 53 | Letter *to Judge Peterson Regarding Omnibus Brief* by Steven Anderegg. (Bugni, Joseph) (Entered: 11/08/2024) |
| 11/18/2024 | 54 | Motion for Extension of Time to File Response/Reply *to Defendant's Pretrial Motions* by United States of America as to Steven Anderegg. (Clayman, William) (Entered: 11/18/2024) |
| 11/19/2024 | 55 | **\*\* TEXT ONLY ORDER \*\***<br>The government's unopposed motion to extend the briefing schedule is granted. The government's response is due December 13, 2024, with defendant's reply due by January 8, 2025. The December 19, 2024 telephonic status conference is |

| | | |
|---|---|---|
| | | canceled and will be re-set for January in consultation with the parties. Signed by Magistrate Judge Stephen L. Crocker on 11/19/2024. (voc) (Entered: 11/19/2024) |
| 11/20/2024 | | Hearing set as to defendant Steven Anderegg. Telephone Status Conference set for 1/24/2025 at 09:00 AM before Judge James D. Peterson. Counsel for Government responsible for setting up the call to chambers at (608) 264-5504. (voc) (Entered: 11/20/2024) |
| 12/03/2024 | 56 | Notice of Attorney Appearance Ross Goldman appearing for USA. (Goldman, Ross) (Entered: 12/03/2024) |
| 12/04/2024 | 57 | Sealed Document by Steven Anderegg *in response to the bail modification hearing* (Attachments: # 1 Exhibit letter from the therapist) (Sealed) (Bugni, Joseph) (Entered: 12/04/2024) |
| 12/05/2024 | | Hearing set as to defendant Steven Anderegg. Hearing set for 12/11/2024 at 02:30 PM before Magistrate Judge Stephen L. Crocker. Counsel for Government responsible for setting up the call to chambers at (608) 264-5153. (voc) (Entered: 12/05/2024) |
| 12/06/2024 | 58 | Motion for Extension of Time to File *Expert Disclosures* by United States of America as to Steven Anderegg. (Clayman, William) (Entered: 12/06/2024) |
| 12/06/2024 | 59 | **\*\* TEXT ONLY ORDER \*\*** **ORDER** granting 58 Motion for Extension of Time to File Expert Disclosures. The government must disclose its experts by December 13, 2024, and defendant must disclose his experts by January 8, 2025. Signed by Magistrate Judge Stephen L. Crocker on 12/6/2024. (voc) (Entered: 12/06/2024) |
| 12/10/2024 | 60 | Sealed Document by USA as to Steven Anderegg *Response to* 57 *Letter in Response to Bail Modification Hearing* (Attachments: # 1 Exhibit 1 - Amended Criminal Complaint) (Sealed) (Clayman, William) (Entered: 12/10/2024) |
| 12/10/2024 | 61 | Brief in Reply by Steven Anderegg re: 44 Motion to Modify Conditions of Release (Sealed) (Bugni, Joseph) (Entered: 12/10/2024) |
| 12/11/2024 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Motion Hearing as to Steven Anderegg held on 12/11/2024 re 44 Motion to Modify Conditions of Release filed by Steven Anderegg [00:22] (ckl) (Entered: 12/11/2024) |
| 12/13/2024 | 63 | Notice of Expert Testimony as to Steven Anderegg (Attachments: # 1 Expert Notice - Ryan Rickaby, # 2 Expert Notice - Chancey Davis) (Clayman, William) (Entered: 12/13/2024) |
| 12/13/2024 | 64 | Brief in Opposition by United States of America as to Steven Anderegg re: 51 Motion to Compel , 50 Motion to Suppress *and Request for a Franks Hearing*, 52 Motion to Suppress *Omnibus Brief in Support of Pretrial Motions* (Clayman, William) (Entered: 12/13/2024) |
| 12/19/2024 | 65 | **\*\* TEXT ONLY ORDER \*\*** In light of the delays encountered during pretrial motion practice, the remainder of |

| | | the existing schedule is struck, save for the January 24, 2025 telephonic status conference, at which the parties should be prepared to reschedule the case. Signed by Magistrate Judge Stephen L. Crocker on 12/19/2024. (voc) (Entered: 12/19/2024) |
|---|---|---|
| 01/06/2025 | 66 | Unopposed Motion for Extension of Time to File Response/Reply as to 52 Motion to Suppress *Omnibus Brief in Support of Pretrial Motions* by Steven Anderegg. (Bugni, Joseph) (Entered: 01/06/2025) |
| 01/07/2025 | 67 | ** TEXT ONLY ORDER ** <br> ORDER granting 66 Motion for Extension of Time to File Response/Reply as to Steven Anderegg (1). Signed by Magistrate Judge Stephen L. Crocker on 1/7/2025. (voc) (Entered: 01/07/2025) |
| 01/17/2025 | 68 | Disregard. Modified on 1/17/2025. (lak) (Entered: 01/17/2025) |
| 01/17/2025 | 69 | Brief in Reply by Steven Anderegg re: 52 Motion to Suppress *Omnibus Brief in Support of Pretrial Motions* (Attachments: <br> # 1 Ex. A DavidLeyCV-2024, <br> # 2 Ex. B Ley-Forensic Experience Summary, <br> # 3 Ex C. Reversing Ley exclusion) (Bugni, Joseph) (Entered: 01/17/2025) |
| 01/23/2025 | 70 | Letter *concerning tomorrow's scheduling conference* by Steven Anderegg. (Bugni, Joseph) (Entered: 01/23/2025) |
| 01/24/2025 | 71 | ** TEXT ONLY ORDER ** <br> At today's telephone conference, the court moved the scheduling conference to February 7, 2025, at 10:00 a.m. To assist the court in deciding defendants' motion to compel, the government has until January 31, 2025, to submit its list of the 50 images most relevant to counts 1 and 4. Signed by District Judge James D. Peterson on 1/24/2025. (voc) (Entered: 01/24/2025) |
| 02/07/2025 | 72 | Scheduling **Order** as to Steven Anderegg. Final Pretrial Submissions due 3/21/2025. Telephone Final Pretrial Conference set for 3/26/2025 at 09:00 AM. Final Hearing set for 4/2/2025 at 01:30 PM. Jury Selection and Trial set for 4/7/2025 at 09:00 AM Signed by District Judge James D. Peterson on 2/7/2025. (voc) (Entered: 02/07/2025) |
| 02/13/2025 | 73 | Opinion and **ORDER** <br> IT IS ORDERED that: <br> 1. Defendant Steven Anderegg's motion to suppress, Dkt. 39 , is DENIED. <br> 2. Defendant's motion for a Franks hearing, Dkt. 50 , is DENIED. <br> 3. Defendant's motion to dismiss Counts 2 and 3, Dkt. 41 , is DENIED. <br> 4. Defendant's motion to dismiss Counts 1 and 4, Dkt. 40 , is GRANTED in part. <br> 5. Defendant's motion for review of the grand jury instructions, Dkt. 42 , is DENIED. <br> 6. Defendant's motion for a bill of particulars, Dkt. 43 , is DENIED as moot. <br> Signed by District Judge James D. Peterson on 2/13/2025. (voc) (Entered: 02/13/2025) |
| 03/03/2025 | 74 | INTERLOCUTORY NOTICE OF APPEAL by United States of America as to Steven Anderegg re: 73 Order on Motion to Suppress, Order on Motion to Dismiss, Order on Motion to Compel, Order on Motion for Bill of Particulars. Appeal filed by USA. Docketing Statement filed. (Attachments: <br> # 1 Docketing Statement) (Clayman, William) Modified on 3/3/2025. (lak) |

Case: 3:24-cr-00050-jdp   Document #: 75-3   Filed: 03/03/25   Page 10 of 10

| | | (Entered: 03/03/2025) |