UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

> *Plaintiff,*

vs.                                                    Case No. 24-cr-50-JDP

STEVEN ANDEREGG,

> *Defendant.*

---

## NOTICE OF UNAVAILABILITY

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Joseph A. Bugni, attorney of record for Defendant Steven Anderegg, will be unavailable beginning on Monday, October 27, 2025, through and including Friday, October 31, 2025. Attorney Bugni has a trial set during this period before Judge Conley in *United States v. Farninango*, Case No. 3:24-cr-00075-wmc.

Dated this 28th day of August, 2025.

Respectfully submitted,

STEVEN ANDEREGG., *Defendant*

*Electronically signed by Joseph A. Bugni*
Joseph A. Bugni
*Wisconsin Bar No.* 1062514
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
(608) 257-0945
jbugni@hurleyburish.com